**CT Corporation**

**Service of Process Transmittal**
06/13/2016
CT Log Number 529322054

TO: Donna Gaudet, Incoming Legal Supervisor
Cigna Corporation
900 Cottage Grove Rd, C38
Bloomfield, CT 06002-2920

RE: **Process Served in Mississippi**

FOR: Life Insurance Company of North America (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | WILLIAM F. NEAL, JR., Pltf. vs. Life Insurance Company of North America, Dft. |
| DOCUMENT(S) SERVED: | Letter, Summons, Return, Complaint |
| COURT/AGENCY: | Warren County Circuit Court, MS<br>Case # 160051CI |
| NATURE OF ACTION: | Insurance Litigation - Claim for policy benefits |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Flowood, MS |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 06/13/2016 postmarked on 06/10/2016 |
| JURISDICTION SERVED: | Mississippi |
| APPEARANCE OR ANSWER DUE: | Within 30 days from the date of delivery of this Summons and Complaint |
| ATTORNEY(S) / SENDER(S): | David M. Sessums<br>Varner, Parker & Sessums, P.A.<br>1110 Jackson Street<br>Vicksburg, MS 39183<br>601-638-8741 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 06/13/2016, Expected Purge Date: 06/18/2016<br><br>Image SOP<br><br>Email Notification, Incoming Legal LegalandPublicAffairs-IncomingLegal@cigna.com |
| SIGNED:<br>ADDRESS:<br><br><br><br>TELEPHONE: | C T Corporation System<br>645 Lakeland East Drive<br>Suite 101<br>Flowood, MS 39232<br>248-646-9033 |

Page 1 of 1 / SS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**MISSISSIPPI**
**INSURANCE DEPARTMENT**
P.O. BOX 79
JACKSON, MISSISSIPPI 39205-0079



CERTIFIED MAIL

91 7199 9991 7033 1680 6099

U.S. POSTAGE >> PITNEY BOWES
ZIP 39201 $ 005.32
02 1W
0001365631 JUN 10 2016

Life Insurance Company of North America
c/o CT Corporation System of Mississippi
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

3923239099 R021



# MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

**MAILING ADDRESS**
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

June 10, 2016

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1680 6099

Life Insurance Company of North America
c/o CT Corporation System of Mississippi
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

In Re: Civil Action No. 16-0051-CI
William F. Neal, Jr. vs. Life Insurance Company of North America, in the Circuit Court of Warren County, Mississippi

Dear Sir or Madam:

We enclose a copy of the Summons and Complaint in the above-styled cause which has been received in the Commissioner of Insurance's Office on June 10, 2016 at 10:46 a.m.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _____
Christy Parker
Secretary to Deputy Commissioner

MC/cp
Enclosures
Pc:   Jan Daigre
      P.O. Box 351
      Vicksburg, MS 39183-2539

IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

WILLIAM F. NEAL, JR.     PLAINTIFF

VS.     CAUSE NO. 16,0051-CI

LIFE INSURANCE COMPANY OF
NORTH AMERICA     DEFENDANT

## SUMMONS

THE STATE OF MISSISSIPPI

TO:     Life Insurance Company of North America
C/O Mike Chaney, Mississippi Insurance Commissioner
501 N. West Street
1001 Woolfolk State Office Building
Jackson, MS 39201

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the following attorney for the Plaintiff(s): DAVID M. SESSUMS, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson Street, Vicksburg, Mississippi, 39181, (601) 638-8741.

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment of default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time afterwards.

Issued under my hand and seal of this court this the 7th day of June, 2016.

CIRCUIT CLERK OF WARREN COUNTY, MISSISSIPPI

BY: Sandra Barnes D.C.

## RETURN

STATE OF MISSISSIPPI
COUNTY OF WARREN

( ) I personally delivered copies of the Summons and Complaint on the _____ day of _____, 2016 to _____.

( ) After exercising reasonable diligence I was unable to deliver copies of the Summons and Complaint to _____ within _____ County, Mississippi. I served the Summons and Complaint on the ____ day of _____, 20____ at the usual place of abode of said _____, a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons and Complaint, and thereafter on the ____ day of _____, 20____ I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

( ) I was unable to serve the Summons and Complaint.

This the ____ day of _____, 2016.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 2016.

_____
NOTARY PUBLIC
My Commission Expires: _____

IN THE CIRCUIT COURT OF WARREN COUNTY, MISSISSIPPI

WILLIAM F. NEAL, JR.                PLAINTIFF

VS.                CAUSE NO. 16, 0051-CI

LIFE INSURANCE COMPANY OF
NORTH AMERICA                DEFENDANT

**FILED** JUN 07 2016 JAN HYLAND DAIGRE, CIRCUIT CLERK BY ___ D.C. **COPY**

## COMPLAINT
### (JURY TRIAL DEMANDED)

COMES NOW William F. Neal, Jr., by and through counsel, and for cause of action against Defendant would show unto the Court as follows:

1. William Neal, JR. is an adult resident citizen of Warren County, Mississippi and the cause of action herein arose and accrued in Warren County, Mississippi. This Court has jurisdiction and venue is proper before this Court.

2. That Life Insurance Company of North America is an insurance company licenced to do and doing business in Vicksburg, Warren County, Mississippi and upon which process may be had by service upon Mike Chaney, Insurance Commissioner for the State of Mississippi whose office is located in Jackson, Mississippi.

3. Plaintiff is a former employee of International Paper Company at 3737 Highway 3, Vicksburg, Warren County, Mississippi.

4. That during his employment with International Paper, Plaintiff was covered by an insurance policy of long term disability insurance issued by Defendant being policy number LK-0980051 which policy was to be performed in whole or in part in Warren County, Mississippi and provided coverage for disability incurred in Warren County, Mississippi.

5. That while still employed by International Paper, Plaintiff suffered an event covered

by the aforesaid policy of long term disability insurance in the form of a stroke.

6. That after the occurrence the aforesaid covered event International Paper demoted Plaintiff from his position of wood yard training coordinator, as Plaintiff could no longer carry out the requirements of said position, and demoted Plaintiff to the position of operator.

7. That subsequent to his demotion to the position of operator, International Paper again determined that Plaintiff could not perform the duties of operator resulting in Plaintiff's last date of employment with International Paper Company on January 24, 2015.

8. That as a result of the stroke and the resulting consequences thereof, Plaintiff can not perform the duties assigned to him at International Paper and is disabled according to the terms and conditions of the aforesaid policy of long term disability insurance issued by Defendant, and is unable to perform the duties of either a wood yard training coordinator, an operator, or any other type occupation normally performed in the general labor market and is disabled within the terms and meaning of the of the aforesaid policy of long term disability insurance.

9. That after becoming disabled Plaintiff filed for long term disability benefits with Defendant, and was denied such benefits by Defendant and Plaintiff has exhausted all of the administrative remedies and procedures required of him under said policy.

10. That Plaintiff is incapable of securing and maintaining gainful employment in either sedentary or physical occupations and is disabled under the terms and conditions of said policy of insurance issued by Defendant.

11. That Defendant has wrongfully denied Plaintiff the long term disability benefits to which he is entitled under the aforesaid policy of disability insurance and judgment of this Court should be entered compelling Defendant to provide such benefits and to reimburse Plaintiff his reasonable attorneys fees and all costs incurred as a result of enforcing Plaintiff's rights to such

benefits.

12.     Additionally, the actions and conduct of Defendant in denying Plaintiff the long term disability benefits to which Plaintiff is entitled evidence willful, intentional and malicious misconduct and bad faith on the part of Defendant and evidence a gross, willful and utter disregard of the known rights of Plaintiffs so as to warrant imposition of punitive damages, reasonable attorneys fees and costs.

WHEREFORE PREMISES CONSIDERED, Plaintiff demands judgment of and from Defendant in the form of Plaintiff's long term disability benefits under the aforesaid policy of insurance issued by Defendant together with his reasonable attorneys fees and costs incurred in enforcing such benefits and, further, Plaintiff demands punitive damages against Defendant for its willful, deliberate, intentional, malicious and refusal and bad faith to pay Plaintiff his rightful benefits, together with reasonable attorneys fees and all costs associated therewith in such sum as may be set by the jury.

Plaintiff demands trial by jury.

Respectfully submitted this the 7th day of June, 2016.

                                        WILLIAM F. NEAL, JR.

                                    BY: _____
                                        DAVID M. SESSUMS

OF COUNSEL:

Varner, Parker & Sessums, P.A.
1110 Jackson Street
Vicksburg, MS 39183
Telephone: 601-638-8741
Facsimile: 601-638-8666
Email: davidsessums@hotmail.com