IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WILLIAM F. NEAL, JR.                                                                                  PLAINTIFF

VS.                                                                  CIV. ACT. NO. 3:16-cv-00541-CWR-FKB

LIFE INSURANCE COMPANY OF
NORTH AMERICA                                                                                    DEFENDANT

**Stipulation of Dismissal with Prejudice**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by stipulation of the parties, this action is hereby DISMISSED WITH PREJUDICE.

 /s/ David M. Sessums
David M. Sessums (MSB No. 6714)
Varner, Parker & Sessums, P.A.
1110 Jackson Street
Vicksburg, Mississippi  39183
Telephone:      (601) 638-8741
Facsimile:       (601) 638-8666
Email: davidsessums@hotmail.com
*Attorney for William F. Neal, Jr.*


 /s/ William F. Ray
William F. Ray (MSB No. 4654)
Watkins & Eager PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi  39205
Telephone:      (601) 965-1900
Facsimile:       (601) 965-1901
Email:             wray@watkinseager.com
*Attorney for Life Insurance Company of North America*

<u>Certificate of Service</u>

  I, William F. Ray, attorney for defendant Life Insurance Company of North America, hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of the Court and served the pleading using the ECF system which sent notification to the following counsel of record:

  David M. Sessums
  Varner, Parker & Sessums, P.A.
  1110 Jackson Street
  Vicksburg, Mississippi  39183

  This the 23rd day of September, 2016.

            <u>/s/ William F. Ray</u>
            William F. Ray